NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of T.B. and G.B., children.
_____

E.L.C.,

        Appellant,

v.                                    Case No. 2D18-583

DEPARTMENT OF CHILDREN AND
FAMILIES,

        Appellee.
_____

Opinion filed August 8, 2018.

Appeal from the Circuit Court for Pasco
County; Lynn Tepper, Judge.

John A. Shahan, Tarpon Springs,
for Appellant.

Bernie McCabe, State Attorney, and Leslie
M. Layne, Assistant State Attorney,
Clearwater, for Appellee Department of
Children and Families.

PER CURIAM.

        Affirmed.

LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.